**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Antonio Marquis DRUITT,
Defendant–Appellant.**

No. 09–6467.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2009.

Decided: July 1, 2009.

Antonio Marquis Druitt, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Marquis Druitt appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Druitt,* No. 5:06–cr–00052–sgw–1 (W.D.Va. filed Feb. 18, 2009 & entered Feb. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*